# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-02043-KHV-TJJ |
| | ) |
| HPA US1 LLC; OPVHHJV LLC d/b/a | ) |
| Pathlight Property Management, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF ROBERT SUTTON

PLEASE TAKE NOTICE that Defendants, HPA US1 LLC and OPVHHJV LLC d/b/a Pathlight Property Management, by and through their counsel of record, will take the deposition of Robert Sutton. The deposition will take place at Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, MO 64112, starting at 9:00 a.m. on January 19, 2022, and continuing from day to day until completed. The deposition will be conducted before a Court Reporter and Notary Public qualified to administer oaths and recorded by stenographic to record the deposition.

Respectfully submitted,

POLSINELLI PC

By: */s/ Seth C. Wright*
BRENDAN L. MCPHERSON (KS #23771)
SETH C. WRIGHT (KS #20981)
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
bmcpherson@polsinelli.com
scwright@polsinelli.com

ATTORNEYS FOR DEFENDANTS
HPA US1 LLC and OPVHHJV LLC d/b/a
PATHLIGHT PROPERTY MANAGEMENT

81539147.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of January, 2022, I electronically filed the above and foregoing with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Clerk of said Court to counsel.

*/s/ Seth C. Wright*
Attorney for Defendants
HPA US1 LLC and OPVHHJV LLC d/b/a
PATHLIGHT PROPERTY MANAGEMENT